# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE CORRALES, | No. EDCV 07-777-VBF (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. WALKER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 19, 2010

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE